ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney
   Social Security Administration
   333 Market St., Suite 1500
   San Francisco, CA  94105
   Telephone: 415-977-8942
   Facsimile: 415-744-0134
   E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL GIL LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. CV  11-02910-VBK<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrently with the lodging of the within Judgment of Remand,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATE:   12/15/2011

                                _____/s/_____
                                THE HONORABLE VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE